# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### HELENA DIVISION

| | |
|---|---|
| STATE OF MONTANA, | CV 16–35 –H–DLC– JCL |
| Plaintiff, | |
| vs. | ORDER |
| TALEN MONTANA, LLC, f/k/a PPL Montana, LLC, and NORTHWESTERN CORPORATION, d/b/a NorthWestern Energy, a Delaware Corporation, | |
| Defendants. | |

Defendant NorthWestern Corporation moves for the admission of B. Andrew Brown to practice before this Court in this case with Stephen D. Bell and Ben D. Kappelman to act as local counsel. Mr. Brown's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that NorthWestern's motion to admit Mr. Brown pro hac vice is GRANTED on the condition that Mr. Brown shall do his own work. This means that Mr. Brown must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website,

www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Brown, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 16th day of November, 2016

Jeremiah C. Lynch
United States Magistrate Judge