IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



| | |
|---|---|
| STATE OF MONTANA, | CV 16–35 –H–DLC–JCL |
| Plaintiff, | |
| vs. | ORDER |
| TALEN MONTANA, LLC, f/k/a PPL Montana, LLC, and NORTHWESTERN CORPORATION, d/b/a NorthWestern Energy, a Delaware Corporation, | |
| Defendants. | |

I hereby recuse myself in the above entitled matter and request that this case be reassigned.

DATED this 10th day of October, 2017

Jeremiah C. Lynch
United States Magistrate Judge