IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| STATE OF MONTANA, | CV 16–35–H–DLC |
| Plaintiff, | |
| vs. | ORDER |
| TALEN MONTANA, LLC, f/k/a PPL MONTANA, LLC, and NORTHWESTERN CORPORATION, d/b/a NorthWestern Energy, a Delaware Corporation, | |
| Defendants. | |

Before the Court are Defendant NorthWestern Corporation's Unopposed Motion to Continue Hearing on Defendants' Renewed Motions to Dismiss (Doc. 184) and Plaintiff the State of Montana's Unopposed Motion for Pretrial Scheduling Conference (Doc. 185).  The Court will accommodate Defendant's request to reschedule the hearing but, until the Court has ruled upon Defendants' Renewed Motions to Dismiss (Docs. 173; 174), the Court refrains from scheduling a Pretrial Scheduling Conference.  Accordingly,

–1–

IT IS ORDERED that Defendant's Motion (Doc. 184) is GRANTED.

Defendants' Renewed Motions (Docs. 173; 174) are RESET for a hearing on May

25, 2018, at 9:30 a.m. in the Russell Smith Courthouse, Missoula, Montana.

IT IS FURTHER ORDERED that Plaintiff's Motion (Doc. 185) is DENIED

subject to renewal at such time that the Court has issued a decision on Defendants'

Renewed Motions to Dismiss (Docs. 173; 174).

DATED this 24th day of April, 2018.

Dana L. Christensen, Chief District Judge
United States District Court

–2–