IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



STATE OF MONTANA,

    Plaintiff,

vs.

TALEN MONTANA, LLC f/k/a PPL
Montana, LLC, and
NORTHWESTERN CORPORATION,
d/b/a NorthWestern Energy, a
Delaware Corporation,

    Defendant.

CV 16–35–H–DLC

ORDER

Before the Court is the United States' Motion for Permission to Monitor Hearing Telephonically (Doc. 213). As the hearing concerns whether or not the United States should be joined as a defendant in this case, the Court finds its request entirely justified. Accordingly,

IT IS ORDERED that the Motion (Doc. 213) is GRANTED. The United States shall make the necessary arrangements with Court staff to facilitate its request.

DATED this 8th day of February, 2019.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court