IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| STATE OF MONTANA,<br><br>        Plaintiff,<br><br>vs.<br><br>TALEN MONTANA, LLC, f/k/a PPL Montana, LLC, and NORTHWESTERN CORPORATION, d/b/a NorthWestern Energy, a Delaware corporation, and UNITED STATES OF AMERICA, United States Forest Service, United States Bureau of Reclamation, and United States Bureau of Land Management,<br><br>        Defendants. | CV 16–35–H–DLC<br><br><br>ORDER |

Before the Court is the Parties' Stipulation and Joint Motion to Extend Deadlines for Briefing on Dispositive Motions. (Doc. 268.) The Parties have agreed to extending Plaintiff's response deadline to both pending partial summary judgment motions to September 10, 2021 and to extending Defendants' reply deadlines to October 4, 2021. (*Id.* at 2.) The Parties represent that the extensions of time are necessary to permit the Parties to better address the salient issues and will not affect any other deadlines in the Court's Scheduling Order. (*Id.*)

Accordingly, IT IS ORDERED that:

1

(1) The deadline for Plaintiff's responses to the pending motions for partial summary judgment (Docs. 255-58; 260-62) is extended to September 10, 2021; and

(2) The deadline for Defendants to file reply briefs in support of their respective motions for partial summary judgment is extended to October 4, 2021.

The Court's prior scheduling orders (Docs. 246; 248; 253; 254) remain in full force and effect in all other respects.

DATED this 25th day of August, 2021.

_____
Dana L. Christensen, District Judge
United States District Court