IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| STATE OF MONTANA,<br><br>Plaintiff,<br><br>vs.<br><br>TALEN MONTANA, LLC, f/k/a PPL Montana, LLC, and NORTHWESTERN CORPORATION, d/b/a NorthWestern Energy, a Delaware corporation, and UNITED STATES OF AMERICA, United States Forest Service, United States Bureau of Reclamation, and United States Bureau of Land Management,<br><br>Defendants. | CV 16–35–H–DLC<br><br><br><br>ORDER |

On the Court's own motion, IT IS ORDERED that on or before November 12, 2021, Defendants shall prepare and deliver to Judge Christensen's chambers two copies of a binder or binders containing all of the expert reports disclosed in this case, including any attachments and exhibits to such reports, and the transcripts of any depositions of any experts taken in this case. The binders shall contain an index and tabs.

1

DATED this 28th day of October, 2021.

_____
Dana L. Christensen, District Judge
United States District Court

2