IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| STATE OF MONTANA,<br><br>               Plaintiff,<br><br>  vs.<br><br>TALEN MONTANA, LLC, f/k/a PPL Montana, LLC, and NORTHWESTERN CORPORATION, d/b/a NorthWestern Energy, a Delaware corporation, and UNITED STATES OF AMERICA, United States Forest Service, United States Bureau of Reclamation, and United States Bureau of Land Management,<br><br>               Defendants. | CV 16–35–H–DLC<br><br><br>ORDER |

      Before the Court is Plaintiff State of Montana's Motion to Allow Andrew Wilcox to Appear at Trial by Zoom. (Doc. 351.) The motion states that Dr. Wilcox is one of two geomorphologists retained by Montana, and he is in Costa Rica and was originally scheduled to return to the United States by December 29. (*Id.* at 2.) However, his son tested positive for COVID, and now Dr. Wilcox must quarantine until January 8 before returning from Costa Rica. (*Id.*) The motion therefore requests that the Court permit Dr. Wilcox to appear by Zoom; he is expected to testify on January 4 and 5. (*Id.*) Montana subsequently filed a notice

1

stating that the motion is unopposed.  (Doc. 352.)  Montana has shown good cause to permit Dr. Wilcox to testify by Zoom.

Accordingly, IT IS ORDERED that the motion (Doc. 351) is GRANTED. Dr. Andrew Wilcox may testify via Zoom at the trial.  The Clerk of Court will notify counsel via e-mail of the meeting ID and password.  Zoom Guidance and Setup are available at https://www.mtd.uscourts.gov/zoom-hearings.

DATED this 31st day of December, 2021.

Dana L. Christensen, District Judge
United States District Court