IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| STATE OF MONTANA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TALEN MONTANA, LLC, f/k/a PPL Montana, LLC, and NORTHWESTERN CORPORATION, d/b/a NorthWestern Energy, a Delaware corporation, and UNITED STATES OF AMERICA, United States Forest Service, United States Bureau of Reclamation, and United States Bureau of Land Management,<br><br>　　　　Defendants. | CV 16–35–H–DLC<br><br><br>ORDER |

Pursuant to the automatic stay currently in effect in this case (*see* Doc. 404), IT IS ORDERED that all pending motions are DENIED, subject to renewal upon the lifting of the stay.

DATED this 8th day of September, 2022.

_____
Dana L. Christensen, District Judge
United States District Court

1