IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| STATE OF MONTANA,<br><br>Plaintiff,<br><br>vs.<br><br>TALEN MONTANA, LLC, f/k/a PPL Montana, LLC, and NORTHWESTERN CORPORATION, d/b/a NorthWestern Energy, a Delaware corporation, and UNITED STATES OF AMERICA, United States Forest Service, United States Bureau of Reclamation, and United States Bureau of Land Management,<br><br>Defendants. | CV 16–35–H–DLC<br><br><br><br>ORDER |

Before the Court is the parties' Notice and Stipulation to Lift Stay. (Doc. 410.) The notice states that the United States Bankruptcy Court for the Southern District of Texas has filed an order lifting the automatic stay in this matter to permit this Court to issue a decision on the title navigability phase of this action and to permit the parties to file an appeal if necessary (Doc. 410-1) and requests an order requiring Talen Montana to file its response to Montana's Amended Proposed Findings of Fact and Conclusions of Law no later than 21 days from the date of the bankruptcy court's order. (Doc. 410 at 2.)

1

Accordingly, IT IS ORDERED that the automatic stay of this action is lifted as set forth in the order of the United States Bankruptcy Court for the Southern District of Texas (Doc. 410-1).

IT IS FURTHER ORDERED that Talen Montana shall file its response to Montana's Amended Proposed Findings of Fact and Conclusions of Law on or before October 6, 2022.

DATED this 19th day of September, 2022.

_____
Dana L. Christensen, District Judge
United States District Court