IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| STATE OF MONTANA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TALEN MONTANA, LLC, f/k/a PPL Montana, LLC, and NORTHWESTERN CORPORATION, d/b/a NorthWestern Energy, a Delaware corporation, and UNITED STATES OF AMERICA, United States Forest Service, United States Bureau of Reclamation, and United States Bureau of Land Management,<br><br>　　　　Defendants. | CV 16–35–H–DLC<br><br><br>ORDER |

　　　　Defendant NorthWestern Corporation d/b/a NorthWestern Energy has moved for the admission of attorney Nathan W. Webster of Dorsey & Whitney, LLP, pro hac vice, in the above-captioned matter. (Doc. 448.) It appears that Brian B. Bell of Dorsey & Whitney, LLP will serve as local counsel in this matter. (*Id.* at 2.) Mr. Webster's application (Doc. 448-1) complies with this Court's Local Rules governing the admission of counsel pro hac vice. L.R. 83.1(d).

　　　　Accordingly, IT IS ORDERED that the motion (Doc. 448) is GRANTED on the condition that Mr. Webster does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear

and participate personally. Mr. Webster shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Webster files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 3rd day of February, 2026.

_____
Dana L. Christensen, District Judge
United States District Court