IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| STATE OF MONTANA,<br><br>Plaintiff,<br><br>vs.<br><br>TALEN MONTANA, LLC, f/k/a PPL Montana, LLC, and NORTHWESTERN CORPORATION, d/b/a NorthWestern Energy, a Delaware corporation, and UNITED STATES OF AMERICA, United States Forest Service, United States Bureau of Reclamation, and United States Bureau of Land Management,<br><br>Defendants. | CV 16–35–H–DLC<br><br>ORDER |

Before the Court is Plaintiff the State of Montana ("Montana") and Defendant Talen Montana, LLC's ("Talen") Stipulation for Dismissal with Prejudice. (Doc. 456.) Montana and Talen have reached a settlement in this matter and agree that Montana's claims against Talen and Talen's counterclaims against Montana shall be dismissed with prejudice. (*Id*. at 2.) Montana and Talen further agree that each party shall be responsible for its own costs, fees, and expenses. (*Id*.)

Accordingly, IT IS ORDERED that the State of Montana's claims against

Talen Montana, LLC, and Talen Montana, LLC's counterclaims against the State of Montana shall be dismissed with prejudice, with each party bearing its own costs, fees, and expenses.

DATED this 24th day of November, 2026.

Dana L. Christensen, District Judge
United States District Court